WILLIAM HODSON, as Commissioner of Welfare of the City of New York, on the Complaint of BERTHA HOFF, Respondent, *v.* WILLIAM HOFF, Appellant.

Submitted October 4, 1943; decided October 14, 1943.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 291 N. Y. 518, 763.)